

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-18-00419-CV

IN THE INTEREST OF A.C.P., A CHILD

On Appeal from the 181st District Court
Randall County, Texas
Trial Court No. 55,059-B, Honorable John B. Board, Presiding

March 1, 2019

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PARKER, JJ.

Appellant James Parkhill filed a notice of appeal from the trial court's order in a suit affecting the parent-child relationship.  Parkhill's brief was due on January 28, 2019, but was not filed.  By letter dated February 6, 2019, this court notified Parkhill that the appeal would be dismissed for want of prosecution if his brief was not received by February 19. To date, we have not received a brief or a motion to extend the deadline for filing same.

Accordingly, we dismiss the appeal for want of prosecution. TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam